IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00407-ZLW

RANDY S. GOLDENHERSH,

    Plaintiff,

v.

AURORA LOAN SERVICES LLC, a Delaware limited liability company;
DALE & DECKER, LLC;
HOLLY DECKER;
TONI M.N. DALE; and
ANNA MARIA PETERS-RUDDICK, as the Public Trustee of Arapahoe County, Colorado,

    Defendants.

---

## ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this __1st__ day of March, 2010.

                BY THE COURT:

                *Zita Leeson Weinshienk*
                _____
                ZITA LEESON WEINSHIENK, Senior Judge
                United States District Court