IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.** 10-cv-00407-MSK-MEH  **FTR – Courtroom C203**
**Date:** March 26, 2010  Kathleen Finney, Courtroom Deputy

RANDY S. GOLDENHERSH,  Randy S. Goldenhersh

      Plaintiff(s),

v.

AURORA LOAN SERVICES LLC,  Jamie G. Siler
DALE & DECKER, LLC,
HOLLY DECKER,
TONI DALE, and
ANNA MARIA PETERS-RUDDICK,  John E. Bush, Jr.
      Defendant(s).

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**STATUS CONFERENCE**

**Court in session: 9:47 a.m.**

Court calls case.

Appearances of counsel.

Discussion regarding the status of the case.

**ORDERED:** Plaintiff's Motion for Preliminary Injunction [Doc. No. 20, filed 3/19/2010] and Plaintiff's Verified Emergency Motion for Hearing on Preliminary Injunction [Doc. No. 22, filed 3/23/2010] are DENIED WITHOUT PREJUDICE AS MOOT with leave to refile, if necessary.

**Court in recess: 9:50 a.m.**
Total time in court: 00:03

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.